# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANNE M. MECKLEY,** | : | **CIVIL ACTION NO. 1:05-CV-1031** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JO ANNE B. BARNHART**, **Commissioner of Social Security Administration** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 11th day of May, 2006, upon consideration of the report of the magistrate judge (Doc. 15), recommending that plaintiff's social security appeal be remanded to determine plaintiff's mental residual functional capacity ("RFC") and resulting limitations, to which no objections were filed (see Doc. 16), and, following an independent review of the record, it appearing that the administrative law judge did not address plaintiff's mental RFC and resulting limitations (see R. 22-24, 129, 518-25), see S.S.R. 96-8p, 1996 WL 374184, at *5, it is hereby ORDERED that:

1. The report and recommendation of the magistrate judge (Doc. 15) is ADOPTED.

2. The above-captioned case is REMANDED to the Commissioner of Social Security for further proceedings consistent with this order and the report and recommendation of the magistrate judge (Doc. 15).

3. The Clerk of Court is directed to CLOSE this file.

      /s/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge